# Order

**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

137434(20)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                 SC: 137434
                                                 COA: 286317

LEWIS AARON NIXON, JR.,
      Defendant-Appellant.                         Wayne CC: 93-000581-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's March 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

d0518

_____
Clerk